

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| BFS GROUP LLC, | § | No. 08-24-00407-CV |
| | § | |
| Appellant, | § | Appeal from the |
| | § | |
| v. | § | County Court at Law No 3 |
| | § | |
| JORGE CEBALLOS, | § | of El Paso County, Texas |
| | § | |
| Appellee. | § | (TC# 2024DCV1610) |
| | § | |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the joint motion to set aside the judgment and remand the case to the trial court and concludes the motion should be granted. We therefore set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. We further order costs to be taxed against the party incurring the same, and order that this decision be certified below for observance. Finally, we order the Court's mandate to issue immediately.

IT IS SO ORDERED this 28th day of April 2025.


GINA M. PALAFOX, Justice


Before Alley, C.J., Palafox and Soto, JJ.